In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property of the NORTHERN INSURANCE COMPANY OF MOSCOW, Appellant.

(Submitted February 27, 1933; decided March 1, 1933.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements, without prejudice to a motion for a reargument of the case in which instructions of the court as to the disposition of the assets may be amplified. (See 255 N. Y. 433; 261 N. Y. 624.)